UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CANDIS HAND, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   Case No. 6:17-cv-508 |
| | ) |
| EDWARD SLOAN & ASSOCIATES, | ) |
| | ) |
|    Defendant. | ) |

**ORDER GRANTING STIPULATION TO DISMISS
WITH PREJUDICE**

On November 17, 2017, Plaintiff, CANDIS HAND, filed a Stipulation to Dismiss with Prejudice. For good cause shown, this case is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 6th day of December, 2017.

_____
United States District Judge